# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>       Plaintiff,<br><br>    v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>       Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 5, 14) |

      Plaintiff initiated this action on April 27, 2023. (ECF No. 1.) An initial scheduling conference is currently set for August 15, 2023. (ECF No. 5.)

      On May 22, 2023, the parties filed a stipulated request to extend the deadline for Defendants to respond to the complaint, up to and including July 6, 2023. (ECF No. 14.) The parties proffer that, after meeting and conferring about Defendants' response to the complaint, they agreed Defendants should file a motion to dismiss instead of an answer. The parties further propose briefing deadlines for the anticipated motion. The Court finds good cause exists to grant the extension. The Court shall also continue the scheduling conference set for August 15, 2023, to October 3, 2023.

      Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

      1.    The deadline for Defendants Lite Star ESOP Committee, B-K Lighting, Inc., Nathan Sloan, Kathleen A. Hagen, Kathleen A. Hagen as legal successor to Douglas W. Hagen, the Estate of Douglas W. Hagen, Miguel Parades, and Prudent Fiduciary Services, LLC to file a response to the complaint is extended to

**July 6, 2023;**

2. The deadline for Plaintiff to file a response to the anticipated motion to dismiss is set for **August 8, 2023**;

3. The deadline for Defendants to file a reply is set for **August 22, 2023**;

4. The scheduling conference set for August 15, 2023, is CONTINUED to **October 3, 2023, at 2:00 p.m.** in Courtroom 9; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 22, 2023**

UNITED STATES MAGISTRATE JUDGE

2