# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER GRANTING TODD D. WOZNIAK'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 17) |

The Court has read and considered the application of Todd D. Wozniak, attorney for Defendants Miguel Paredes and Prudent Fiduciary Services, LLC for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 17.)  Having reviewed the application, Todd D. Wozniak's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __May 24, 2023__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1