# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>            Plaintiff,<br><br>      v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>            Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER GRANTING CHELSEA ASHBROOK MCCARTHY'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 16) |

The Court has read and considered the application of Chelsea Ashbrook McCarthy, attorney for Defendants Miguel Paredes and Prudent Fiduciary Services, LLC for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 16.)  Having reviewed the application, Chelsea Ashbrook McCarthy's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **May 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1