# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>    Plaintiff,<br><br>    v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER GRANTING RICHARD J. PEARL'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 21) |

The Court has read and considered the application of Richard J. Pearl, attorney for Defendant B-K Lighting, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 21.) Having reviewed the application, Richard J. Pearl's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **July 5, 2023**

UNITED STATES MAGISTRATE JUDGE

1