# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA, | Case No. 1:23-cv-00647-JLT-SAB |
| Plaintiff, | ORDER GRANTING JOSEPH M. PILIGIAN'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 28) |
| LITE STAR ESOP COMMITTEE, et al., | |
| Defendants. | |

The Court has read and considered the application of Joseph M. Piligian, attorney for Defendants Lite Star ESOP Committee, Nathan Sloan, and Kathleen A. Hagen, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District.  (ECF No. 28.)  Having reviewed the application, Joseph M. Piligian's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  __July 18, 2023__

_____
UNITED STATES MAGISTRATE JUDGE

1