1  CDF LABOR LAW LLP
2     Mark S. Spring, State Bar No. 155114
      mspring@cdflaborlaw.com
3     900 University Avenue, Suite 200
      Sacramento, CA 95825
4     Telephone: (916) 361-0991

5  MOORE & VAN ALLEN PLLC
6     Mark A. Nebrig, North Carolina Bar No. 28710 (admitted *pro hac vice*)
      marknebrig@mvalaw.com
7     Joseph M. Piligian, North Carolina Bar No. 57533 (admitted *pro hac vice*)
      joepiligian@mvalaw.com
8     Catherine R. Prater, North Carolina Bar No. 56572 (admitted *pro hac vice*)
      catherineprater@mvalaw.com
9     100 North Tryon Street, Suite 4700
      Charlotte, North Carolina 28202
10    Telephone: (704) 331-3602
11    Facsimile: (704) 339-5974

12 Attorneys for Defendants Lite Star ESOP Committee, Nathan Sloan,
   Kathleen A. Hagen, Kathleen A. Hagen, as legal successor to
13 Douglas W. Hagen, Estate of Douglas W. Hagen

14
                          UNITED STATES DISTRICT COURT
15                        EASTERN DISTRICT OF CALIFORNIA

16 

| LINNA CHEA, ON BEHALF OF THE LITE STAR, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>*Plaintiff*,<br><br>v.<br><br>LITE STAR ESOP COMMITTEE, B-K-LIGHTING, INC., NATHAN SLOAN, KATHLEEN A. HAGEN, KATHLEEN A. HAGEN, as legal successor to DOUGLAS W. HAGEN, ESTATE OF DOUGLAS W. HAGEN, MIGUEL PAREDES, and PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company,<br><br>*Defendants*. | CASE NO.: 1:23-cv-00647-JLT-SAB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS**<br><br>Complaint Filed:  April 27, 2023 |
|---|---|

28
   [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

1    Plaintiff initiated this action on April 27, 2023. (ECF No. 1.) On July 6, 2023, Defendants filed their Motions to Dismiss. (ECF Nos. 23, 24, 25.) On August 22, 2023, the Motions to Dismiss were fully briefed. On January 25, 2024, United States Magistrate Judge Stanley A. Boone issued the Findings and Recommendations Recommending Denying Defendants' Motions to Dismiss in All Regards Except for Recommendation to Grant the Hagen Defendants' Motion to Dismiss Seventh Cause of Action as Time-Barred (the "Findings & Recommendations", ECF No. 44.).

On February 2, 2024, Defendants filed an unopposed motion to extend the deadline for Defendants to file objections to the Findings & Recommendations, up to and including February 26, 2024. (ECF No. [__].) Defendants' counsel proffers that they conferred with Plaintiff's counsel regarding this extension, and Plaintiff's counsel does not object to the requested extension of time. The Court finds good cause exists to grant the extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendants Lite Star ESOP Committee; B-K Lighting, Inc.; Nathan Sloan; Kathleen A. Hagen; Kathleen A. Hagen, as legal successor to Douglas W. Hagen; the Estate of Douglas W. Hagen; Miguel Paredes, and Prudent Fiduciary Services, LLC to file objections to the Findings & Recommendations is extended to **February 26, 2024**; and

2. The deadline for Plaintiff to file a response to Defendants' objections is set for **March 27, 2024**.

IT IS SO ORDERED.

Dated:   **February 6, 2024**                                   _____
                                                                 UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

1