Daniel Feinberg (SBN No. 135983)
Anne Weis (SBN No. 336480)
FEINBERG, JACKSON,
WORTHMAN, WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

Michelle C. Yau (admitted *pro hac vice*)
Caroline E. Bressman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA, ON BEHALF OF THE LITE STAR, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Plaintiff,<br><br>v.<br><br>LITE STAR ESOP COMMITTEE, B-K-LIGHTING, INC., NATHAN SLOAN, KATHLEEN A. HAGEN, KATHLEEN A. HAGEN, as legal successor to DOUGLAS W. HAGEN, ESTATE OF DOUGLAS W. HAGEN, MIGUEL PAREDES, and PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company,<br><br>Defendant. | No. 1:23-cv-00647-JLT-SAB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SINGLE RESPONSE TO DEFENDANTS' OBJECTIONS TO THE FINDINGS & RECOMMENDATIONS**<br><br>Complaint Filed: April 27, 2023 |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELEIF

On March 13, 2024, Plaintiff Linna Chea (Plaintiff) filed an unopposed Motion for Administrative Relief, requesting leave to file a single response, not to exceed fifty-three (53) pages, to the objections to Judge Boone's Findings and Recommendations Recommending Denying Defendants' Motions to Dismiss in All Regards Except for Recommendation to Grant the Hagen Defendants' Motion to Dismiss Seventh Cause of Action as Time-Barred. Plaintiff's counsel asserts that they conferred with Defendants' counsel regarding the relief sought, and that Defendants' counsel does not object. The Court finds good cause to grant the Motion.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff may file a single response to Defendants' objections to the Findings & Recommendations by March 27, 2024.

2.  Plaintiff's response shall not exceed 53 pages, though the Plaintiff SHALL be as concise as possible.

IT IS SO ORDERED.

Dated:   **March 13, 2024**

UNITED STATES DISTRICT JUDGE