# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA, *on behalf of the Lite Star, Inc. Employee Stock Ownership Plan*,<br><br>Plaintiff,<br><br>v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER RE: STIPULATION FOR DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE FORTHCOMING AMENDED COMPLAINT<br><br>(ECF No. 57) |

On September 30, 2024, the District Court adopted in part findings and recommendations regarding Defendants' motion to dismiss and gave Plaintiff through October 30, 2024, to file an amended complaint. (ECF No. 56.) While the amended complaint remains forthcoming, the parties have filed a stipulation seeking approval of a 28-day extension for Defendants to answer or otherwise respond to the amended complaint. (ECF No. 57.) While Local Rule 144(a) allows for an initial stipulation extending time of no more than 28 days to respond to a complaint without court approval, the parties seek approval here.

///

///

///

///

///

1  Based on the stipulation of the parties, and for good cause shown, it is hereby ORDERED that: Defendants Lite Star ESOP Committee; B-K Lighting, Inc.; Nathan Sloan; Kathleen A. Hagen; Kathleen A. Hagen, as legal successor to Douglas W. Hagen; the Estate of Douglas W. Hagen; Miguel Paredes, and Prudent Fiduciary Services, LLC deadline to answer or otherwise respond to Plaintiff Linna Chea's forthcoming amended complaint is 28 days from the date Plaintiff files the amended complaint.

IT IS SO ORDERED.

Dated:  **October 18, 2024**

UNITED STATES MAGISTRATE JUDGE