# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>        Plaintiff,<br><br>   v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER GRANTING DREW P. NEWMAN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 69) |

The Court has read and considered the application of Drew P. Newman, attorney for Defendants Lite Star ESOP Committee, Nathan Sloan, Kathleen A. Hagen, Kathleen A. Hagen (as legal successor to Douglas W. Hagan), and Estate of Douglas W. Hagen for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 69.) Having reviewed the application, Drew P. Newman's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **February 20, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge

1