# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA, *on behalf of the Lite Star, Inc. Employee Stock Ownership Plan*,<br><br>Plaintiff,<br><br>v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>Defendants. | Case No. 1:23-cv-00647-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY AND DIRECTING CLERK OF COURT TO TERMINATE ANNE WEIS AS ATTORNEY OF RECORD FOR PLAINTIFF<br><br>(ECF No. 73) |

On May 8, 2025, a notice of withdrawal of Anne Weis as counsel for Plainitff was filed. Other counsel from the law firms of Cohen Milstein Sellers & Toll PLLC and Feinberg, Jackson, Worthman, & Wasow, LLP remain as counsel of record for Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Anne Weis as counsel is GRANTED; and

2. The Clerk of the Court is DIRECTED to terminate Anne Weis as attorney for Plaintiff.

IT IS SO ORDERED.

Dated:  **May 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge