# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>       Plaintiff,<br><br>   v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>       Defendants. | Case No. 1:23-cv-0647 JLT SAB<br><br>ORDER REASSIGNING CASE<br><br>**New Case No: 1:23-cv-0647 SAB** |

All parties indicated their consent to the jurisdiction of a magistrate judge for all further proceedings. (Doc. 76.) Accordingly, the Court **REASSIGNS** this action to U.S. Magistrate Judge Stanley A. Boone for all further proceedings, including trial and entry of judgment. To prevent a delay in documents being received by the correct judicial officer, all future documents **SHALL** bear the new case number: **1:23-cv-0647-SAB**. The district judge will take no further action in this case.

IT IS SO ORDERED.

Dated:   **June 16, 2025**

UNITED STATES DISTRICT JUDGE