# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA CHEA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LITE STAR ESOP COMMITTEE, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00647-SAB<br><br>ORDER VACATING PENDING DATES AND SETTING DATE TO FILE MOTIONS FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CLASS CERTIFICATION FOR SETTLEMENT PURPOSES<br><br>(ECF No. 75)<br><br>**SIXTY-DAY DEADLINE** |

On June 10, 2025, the parties filed a notice of settlement, informing the Court that they have reached a settlement in principle to resolve this matter.[1] (ECF No. 75.) The parties proffer that they have agreed to finalize a comprehensive settlement agreement within 45 days of Defendants providing necessary class data to Plaintiff's counsel. The parties do not provide an estimated date upon which they believe this data will be provided. The parties request that the Court defer setting a deadline for dispositional documents so they can present the finalized settlement agreement, file a motion for preliminary settlement approval, and, shortly thereafter, file a Rule 23 class certification for settlement purposes. The parties do not proffer a briefing schedule or an estimated date upon which such motions would be filed. To ensure this matter moves forward, the Court shall set a sixty day deadline to file any motions for preliminary approval of the class action settlement and certification of the class for settlement purposes.

---

[1] The parties have consented to the jurisdiction of the magistrate judge and this matter has been assigned to the undersigned for all purposes. (ECF Nos. 76, 77.)

Accordingly, IT IS HEREBY ORDERED that any motions for preliminary settlement approval and class certification for settlement purposes shall be filed **within sixty (60) days** of the date of entry of this order.  <u>Any request for an extension of time shall be filed prior to the deadline and must be supported by good cause.</u>

IT IS SO ORDERED.

Dated:   **June 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge