# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNEA CHEA,<br><br>    Plaintiff,<br><br>    v.<br><br>LITE STAR ESOP COMMITTE, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00647-SAB<br><br>ORDER GRANTING ALLISON S. EGAN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 81) |

Before the Court is the application of Allison S. Egan's, attorney for B-K Lighting, Inc., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **October 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge